**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1455**

---

JOHN D. HORTON,

                                   Plaintiff - Appellant,

        versus

JAMES ANTHONY MARTIN; MATTHEW COAKLEY; WILLIAM
WEBB, Honorable;  ANNE  HAYES;  MALCOLM  J.
HOWARD, Honorable; GEOFFREY HOSFORD,

                                   Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (CA-04-976)

---

Submitted: August 25, 2005         Decided: August 31, 2005

---

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

John D. Horton, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John D. Horton appeals the district court's order dismissing his civil action. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. See Horton v. Martin, No. CA-04-976 (E.D.N.C. Mar. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED